# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2006

Clifford W. Taylor,
Chief Justice

129789

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

RON COLE,
      Plaintiff-Appellee,

v

                                         SC: 129789
                                         COA: 255208

CARL VAN WERT, PEGGY HOWARD,
SUZANNE ALEXANDER, CHARLES
LONDO, GERALD L. JOHNSON, TILMAN
CRUTCHFIELD and COUNTY OF MONROE,
      Defendants-Appellants.

                                         Monroe CC: 00-011105-CZ

_____/

      On order of the Court, the application for leave to appeal the September 20, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2006                                    _____

t1120                                                      Clerk